IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 18-02244 |
| Santos Robles; | CHAPTER 13 |
| Debtor(s). | JUDGE Deborah L. Thorne |

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

PLEASE TAKE NOTICE that on May 18, 2018, there was filed with the Clerk of the Bankruptcy Court, Northern District, Eastern Division, the following in this action:

Fifth Third Mortgage Company, **WITHDRAWS** its Proof of Claim filed on March 23, 2018, as Claim # 7-1.

                                                                        /s/ Sean D. Jordan
                                                                        Attorney for Creditor

ANSELMO LINDBERG & ASSOCIATES LLC
1771 W. Diehl Road, Suite 120
Naperville, IL 60563-4947
(630) 453-6960 | (866) 402-8661 | (630) 428-4620 (fax)
bankruptcy@AnselmoLindberg.com
File No. B18020012
**THIS LAW FIRM IS DEEMED TO BE A DEBT COLLECTOR.**

## CERTIFICATE OF SERVICE

I hereby certify that on May 18, 2018, a copy of the foregoing Notice of Withdrawal of Proof of Claim was served on the following registered ECF participants, **electronically through the court's ECF System** at the email address registered with the court:

David M Siegel, Debtor's Counsel
Marilyn O Marshall, Trustee
Patrick S. Layng, United States Trustee

And by regular US Mail, postage pre-paid on:
Santos Robles, 1444 N. Monitor Ave., Chicago, IL 60651

                                       /s/ Kyle Polak
                                 ANSELMO LINDBERG & ASSOCIATES LLC
                                 1771 W. Diehl Road, Suite 120
                                 Naperville, IL 60563
                                 (630) 453-6960 | (866) 402-8661 | (630) 428-4620 (fax)
THIS LAW FIRM IS DEEMED TO BE A DEBT COLLECTOR.