UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| In Re: | ) | BK No.: 18-02244 |
|---|---|---|
| SANTOS ROBLES | ) | Chapter: 13 |
|  | ) | Honorable Deborah L. Thorne |
| Debtor(s) | ) |  |

# ORDER ALLOWING DEBTORS TO INCUR DEBT

THIS MATTER coming to be heard on the motion of the Debtor, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notices having been given to the parties entitled thereto:

It is ORDERED:

1) The Debtors are granted leave to have their Motion to Incur Debt.

2) The Debtors are authorized to incur debt not to exceed $26,000.00, at no more than 18% interest, with monthly payments of up to $360.00 per month, for a 2015 Nissan Sentra or similar vehicle.

Enter:

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated: September 26, 2018

**Prepared by:**

Ryan J. McCready
ARDC# 6308289
David M. Siegel & Associates
790 Chaddick Drive
Wheeling, IL 60090