## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | 18-02244 |
| | ) | |
| SANTOS ROBLES, | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | Hon. Judge: THORNE |

### NOTICE OF MOTION

*To the following persons or entities who were served via email by the Bankruptcy Court*
U.S. Bankruptcy Trustee:  USTPRegion11.ES.ECF@usdoj.gov
Marilyn O. Marshall, Chapter 13 Trustee: courtdocs@chi13.com

*To the following persons or entities who were served via first-class U.S. Mail:*
See attached service list.

Please take notice that I shall appear before the following named Bankruptcy Judge, or any other Judge presiding in his or her stead at 219 S. Dearborn Street, Chicago, IL 60604, and in the following courtroom (or any other place posted), and present the attached **Motion to Extend Time to File a Claim**, at which time and place you may appear.

| | |
|---|---|
| JUDGE: | THORNE |
| ROOM: | 613 |
| DATE: | September 18, 2019 |
| TIME: | 9:30 AM |

### PROOF OF SERVICE

The undersigned certifies that copies of this Notice and attachments were served to the listed persons or entities, if service by mail was indicated above, by depositing same in the U.S. Mail at Wheeling, Illinois 60090, on or before August 23, 2019, at 5:30 p.m., with proper postage prepaid, unless a copy was provided electronically by the Bankruptcy Court.

DATE OF SERVICE:  August 23, 2019          /s/ Robert C. Bansfield Jr.
                                            Robert C. Bansfield Jr. ARDC #6329415


Attorney for the Debtor(s)
DAVID M. SIEGEL & ASSOCIATES
790 Chaddick Drive
Wheeling, IL  60090
847/520-8100

_To the following persons or entities who have been served via U.S. Mail:_

Santos Robles
1444 N. Monitor Ave.
Chicago, IL 60651

Safeway Insurance Company
790 Pasquinelli Drive
Westmont, IL 60559

Mathein & Rostoker P.C.
Law Firm for Safeway Insurance
662 West Grand Ave. – Fourth Floor
Chicago, IL 60654

City Of Chicago Department of Finance
C/O Arnold Scott Harris P.C.
111 W Jackson Blvd Suite 600
Chicago, IL 60604

T Mobile/T-Mobile USA Inc
by American InfoSource LP as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118

Santander Consumer USA, Inc.
P.O. Box 961245
Fort Worth, TX 76161

IRS
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

City of Chicago Department
Of Administrative Hearing
City of Chicago - DOAH C/O Arnold Scott
111 W. Jackson Ste 600
Chicago, IL 60604

Premier Bankcard, Llc
Jefferson Capital Systems LLC Assignee
Po Box 7999
Saint Cloud Mn 56302-9617

Fifth Third Bank
P.O. Box 637640
Cincinnati, OH 45263-7640

Illinois Department of Revenue
Bankruptcy Section
PO Box 19035
Springfield, IL 62794-9035

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | 18-02244 |
| | ) | |
| SANTOS ROBLES, | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | Hon. Judge: THORNE |

### MOTION TO EXTEND TIME FOR DEBTOR TO FILE A CLAIM ON BEHALF OF CREDITOR

NOW COMES, the Debtor, SANTOS ROBLES, by and through his attorneys, DAVID M. SIEGEL AND ASSOCIATES, to present this Motion, and in support thereof states as follows:

1. Jurisdiction is proper and venue is fixed in this Court with respect to these parties.

2. On January 26, 2018, the Debtor filed a voluntary petition for relief pursuant to Chapter 13 under Title 11 USC, and the Chapter 13 plan was confirmed on July 25, 2018.  Marilyn O. Marshall was appointed Trustee in this case.

3. The Debtor's confirmed Chapter 13 plan provides for payments of $220.00 for at least 36 months, with payments to the General Unsecured Creditors of not less than 10% of their allowed claims.

4. The Debtor tried in good faith to list all of his creditors in the schedules filed with the Chapter 13 petition, but the debt owed to Safeway Insurance was inadvertently omitted.

5. The deadline for filing a proof of claim was April 6, 2018, for all creditors except governmental units, and July 25, 2018, for governmental units.  The time for the Debtor to file a proof of claim pursuant to Bankruptcy Rule 3004 has expired.

6. That the Debtor owed Safeway Insurance $3,622.65, as unsecured.

7.  The Debtor intends that the debt owed to Safeway Insurance be paid through his Chapter 13 plan, and desires to file a claim on behalf of said creditor to provide for that payment.

8.  The Debtor further seeks that payment under the claim for said creditor be allowed, despite the expiration of the time for the filing of the proof of claim.

9.  Payment of the debt owed to said creditor will not render the Debtor's Chapter 13 plan unfeasible, and will not unfairly impair the rights of the other creditors of the Debtor.


WHEREFORE, the Debtor, ROBLES SANTOS, prays that this Honorable Court enter an Order to Extend Time for Debtor to File a Claim on Behalf of Creditor, and for other such relief as the Court deems fair and proper.


Respectfully Submitted,

/s/ Robert C. Bansfield Jr.
Robert C. Bansfield Jr. ARDC #6329415
Attorney for the Debtor(s)


DAVID M. SIEGEL & ASSOCIATES
790 Chaddick Drive
Wheeling, Il  60090
847/ 520-8100